# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

128479-80

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CATHY MITCHELL and ROBERT P. LADD,
Conservator of the Estate of BRUCE ALLEN
MITCHELL, JR.,
      Plaintiffs-Appellants,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 128479
COA: 251755
St. Clair CC: 02-000821-CK

AMERISURE MUTUAL INSURANCE
COMPANY,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellee,

and

CATHY MITCHELL and ROBERT P. LADD,
Conservator of the Estate of BRUCE ALLEN
MITCHELL, JR.,
      Defendants-Appellants.
_____/

SC: 128480
COA: 251756
St. Clair CC: 02-002767-CZ

On order of the Court, the application for leave to appeal the March 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

d0919

_____
Clerk